JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNTE MCBRIDE,<br><br>            Petitioner,<br>  vs.<br>D.K. JOHNSON, Warden,<br><br>            Respondent. | Case No. CV 12-07184-DMG (DTB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 18, 2015

                              DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE